UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS ENRIQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-09151-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a detainee acting pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is dismissed without prejudice and the pending motion (Dkt. No. 2) is vacated.

**IT IS SO ORDERED.**

Dated: January 8, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge